ACCEPTED
03-15-00378-CV
7070244
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/23/2015 7:30:40 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00378-CV

## IN THE THIRD COURT OF APPEALS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/23/2015 7:30:40 PM
JEFFREY D. KYLE
Clerk

### JAMES HANSEN

**v.**

### LONNIE ROACH and BEMIS, ROACH & REED

## APPEAL FROM THE 98TH JUDICIAL DISTRICT COURT OF TRAVIS COUNTY

## APPELLANT'S AGREED MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

Comes now Appellant James Hansen and files this motion to extend time to file appellant's brief. Appellant's brief is due to be filed in this court on October 5, 2015. Due to the press of other deadlines and family medical issues, additional time is needed for the preparation of appellant's brief. John Shepperd, opposing counsel, has been consulted concerning this motion and has agreed to the granting of the additional time requested. Appellant requests that the court extend the appellant's briefing schedule until on or before October 19, 2015.

Wherefore, Appellant prays that the court grant this motion and extend the time to file appellant's brief until on or before October 19, 2015.

1

KIDD LAW FIRM
819 West 11th Street
Austin, TX 78701
512-330-1709 (fax)

/s/Scott R. Kidd
Scott R. Kidd
State Bar No. 11385500
512-330-1713
scott@kiddlawaustin.com
Scott V. Kidd
State Bar No. 24065556
512-542-9895
svk@kiddlawaustin.com
ATTORNEYS FOR APPELLANT

Certificate of Conference

Appellee's attorney, John Shepperd, was consulted concerning this motion and has agreed to the granting of the motion.

/s/Scott R. Kidd

Certificate of Service

A copy of this motion has been served on John Shepperd by fax this 23rd day of September, 2015.

/s/Scott R. Kidd